**No. 11-7077. Anthony Williams, Petitioner v. M. W. Harlow, et al.**

565 U.S. 1123, 132 S. Ct. 1025, 181 L. Ed. 2d 756, 2012 U.S. LEXIS 81.

January 9, 2012. Petition for writ of certiorari to the Commonwealth Court of Pennsylvania denied.

Same case below, 985 A.2d 309.

**No. 11-7079. Robert Anthony Winters, Petitioner v. Susan Hubbard, et al.**

565 U.S. 1123, 132 S. Ct. 1025, 181 L. Ed. 2d 756, 2012 U.S. LEXIS 189.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 430 Fed. Appx. 626.

**No. 11-7080. Robert Washington, Petitioner v. Melvin S. Lockett, Superintendent, State Correctional Institution at Pittsburgh, et al.**

565 U.S. 1123, 132 S. Ct. 1025, 181 L. Ed. 2d 756, 2012 U.S. LEXIS 148.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7083. Nyka O'Connor, Petitioner v. Officer Grace, et al.**

565 U.S. 1123, 132 S. Ct. 1025, 181 L. Ed. 2d 756, 2012 U.S. LEXIS 50.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7085. Deborah Bush, Petitioner v. Division of Human Rights, et al.**

565 U.S. 1123, 132 S. Ct. 1025, 181 L. Ed. 2d 756, 2012 U.S. LEXIS 166,

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 17 N.Y.3d 786, 929 N.Y.S.2d 86, 952 N.E.2d 1080.

**No. 11-7087. Gabriel Castaneda, Petitioner v. California.**

565 U.S. 1123, 132 S. Ct. 1026, 181 L. Ed. 2d 756, 2012 U.S. LEXIS 43.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 1292, 127 Cal. Rptr. 3d 200, 254 P.3d 249.

**No. 11-7088. Zachary C. Rhodes, Petitioner v. Angel Medina, Warden, et al.**

565 U.S. 1123, 132 S. Ct. 1026, 181 L. Ed. 2d 756, 2012 U.S. LEXIS 21.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 437 Fed. Appx. 727.

**No. 11-7092. Sean Patrick O'Geary, Petitioner v. John Fayram, Warden.**

565 U.S. 1123, 132 S. Ct. 1026, 181 L. Ed. 2d 756, 2012 U.S. LEXIS 251.

January 9, 2012. Petition for a writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.